# UNITED STATES DISTRICT COURT
for the
Eastern District of California

ISSUED

SEALED COPY

| United States of America | ) |
| v. | ) |
| Joseph ANDRADE | ) Case No. 5:19-mj-00028-JLT |
| Leonardo VELAZQUEZ-Martinez | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

FILED
JUN 2 5 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Joseph ANDRADE                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846, 841(a)(1), (b)(1)(A) – conspiracy to possess with intent to distribute cocaine and at least 500 grams of a mixture/substance containing a detectable amount of methamphetamine

Date: 6/25/19

_Issuing officer's signature_

City and state: Bakersfield, CA

Jennifer L. Thurston, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 6/25/19, and the person was arrested on _(date)_ 6/24/19
at _(city and state)_ Bakersfield CA.

Date: 6/25/19

_Arresting officer's signature_

Trent O'Neill
_Printed name and title_